

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYERS THURMAN                                           CIVIL ACTION

VERSUS                                                  NO. 00-227

TRANSOCEAN SEDCO FOREX, INC.                            SECTION: "R"(2)

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has come to the Court's attention that the above captioned matter is related to Civil Action No. 00-191, *Myers Thurman vs. Transocean Sedco Forex, Inc.*, presently pending in Section "K"(5) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "K"(5) for further proceedings.

New Orleans, Louisiana, this 28th day of January, 2000.

REALLOTTED TO:
SECT. K MAG. 5

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY JAN 3 1 2000